IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Andrew Lee

        Plaintiff,

v.

Equifax Information Services, LLC, et al.

        Defendant.

_____/

CASE NO. 3:12-cv-2704-MEJ

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Robert J. Schuckit, whose business address and telephone number is Schuckit & Associates, P.C., 4545 Northwestern Drive, Zionsville, IN 46077 Telephone: (317) 363-2400

and who is an active member in good standing of the bar of the Indiana Supreme Court having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Trans Union, LLC

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 5, 2012

                                               _____
                                               Maria-Elena James
                                               United States Magistrate Judge