Robert J. Schuckit, Esq. (IN #15342-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: rschuckit@schuckitlaw.com
(admitted *Pro Hac Vice* )

*Lead Counsel for Defendant Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Telephone: 510-525-5100
Fax: 510-525-5130
E-Mail: mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREW LEE,<br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION, LLC,<br>Defendants. | CASE NO. 3:12-cv-02704-TEH<br><br>**STIPULATION FOR PARTY REPRESENTATIVE TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND ORDER** |

Trans Union, LLC ("Trans Union"), by counsel, hereby files its Stipulation For Party Representative To Participate In Case Management Conference Telephonically And Order. In support of this Stipulation, Trans Union states as follows:

1. An Initial Case Management Conference in this matter is scheduled for Monday, September 17, 2012.

2. Counsel for Trans Union is located in Zionsville, Indiana.

3. Pursuant to the Court's Standing Order, Trans Union has sought and obtained consent from Plaintiff for Trans Union's counsel to appear at the Initial Case Management Conference by telephone.

WHEREFORE, Trans Union, LLC, by counsel, respectfully requests that Trans Union's counsel be granted leave to participate in the Initial Case Management Conference telephonically.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: 9/6/12

*s/ William E. Kennedy (w/consent)*
William E. Kennedy, Esq.
Consumer Law Office of William E. Kennedy
2797 Park Avenue, Suite 201
Santa Clara, CA 95050

DATED: 9/7/12

*s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (IN #15342-49)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: rschuckit@schuckitlaw.com

Lead Counsel for Defendant Trans Union, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 0910/2012

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Judge Thelton E. Henderson

JUDGE, United States District Court, Northern District of California