William E. Kennedy (CSB#158214)
CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara CA  95050
Telephone: (408) 241-1000
Fax: (408) 241-1500
wkennedy@kennedyconsumerlaw.com

LAW OFFICE OF TYLER S. HINZ
Tyler S. Hinz (CSB #280612)
(Tyler.Consumer@gmail.com)
2797 Park Avenue, Suite 201
Santa Clara CA  95050
(408)218-6665-Tel

Attorneys for Plaintiff ANDREW LEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEE, an individual<br><br>            Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, a limited liability corporation; and TRANS UNION LLC, a limited liability corporation<br>            Defendants. | Case No. 3:12-cv-02704 TEH<br><br>**STIPULATION OF DISMISSAL** |

   IT IS HEREBY STIPULATED by and between Plaintiff ANDREW LEE and Defendants EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION LLC that the above-caption action is dismissed with prejudice.  Each party is to bear their own attorney's fees and costs.

STIPULATION OF DISMISSAL - 1

| | | |
|---|---|---|
| 1 | Dated: October 30, 2012 | ____/s/_____ |
| 2 | | By: Tyler S. Hinz |
| | | Attorneys for Plaintiff ANDREW LEE |
| 3 | | |
| 4 | | |
| 5 | Dated: October 30, 2012 | ____/s/_____ |
| | | By: Thomas P. Quinn |
| 6 | | Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC |
| 7 | | |
| 8 | Dated: October 30, 2012 | ___/s/_____ |
| 9 | | By: Paul A. Jansen |
| | | Attorneys for Defendant TRANS UNION LLC |

10/31/2012

IT IS SO ORDERED

Judge Thelton E. Henderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL - 2